# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT RIOS,<br><br>                Petitioner,<br><br>        v.<br><br>I.D. CLAY, Warden,<br><br>                Respondent. | Case No. EDCV 07-0773-PA (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: November 12, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE